IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHANNEL COLEMAN | * | |
| Plaintiff | * | |
| v. | * | Civil No. L-00-CV-360 |
| STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is this 25TH day of APRIL, 2000, by the United States District Court for the District of Maryland, hereby **ORDERED**:

(1) that Defendants' Motion for Extension of Time is **GRANTED**; and

(2) that the period of time within which Defendants are required to file a pleading or motion responsive to the Complaint is **EXTENDED** to and including June 8, 2000.

_____
BENSON E. LEGG
United States District Judge