```
                                    _____FILED    _____ENTERED
                                    _____LODGED   _____RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUL 1 3 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **CHANNEL COLEMAN** | * | |
| Plaintiff | * | |
| v. | * | Civil No. L-00-CV-360 |
| **STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is this 13 day of July, 2000, by the United States District Court for the District of Maryland, hereby **ORDERED**:

(i) that Defendants' Motion for Extension of Time is **GRANTED**; and

(ii) that the period of time within which Defendants are required to file a pleading or motion responsive to the Complaint is **EXTENDED** to and including July 31, 2000.

_____
BENSON E. LEGG
United States District Judge