IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHANNEL COLEMAN | * | |
| Plaintiff | * | |
| vs. | * | |
| STATE OF MD -DEPT OF PUBLIC SAFETY AND CORRECTIONAL SERVICE, et al. | * | |
| Defendants | * | Case No.: L-00-CV-360 |
| | * | |

* * * * * * * * * * * * * * * * * *

### ORDER

Upon consideration of the foregoing Plaintiff's Motion for Extension of Time Within Which to File a Responsive Pleading to Defendants' Motion to Dismiss, by the United States District Court for the District of Maryland this 11th day of August, 2000,

ORDERED, that the Plaintiff's Motion for Extension of Time is hereby GRANTED.

_____
JUDGE