

**WILLIAM G. KOLODNER, P.A.***
Attorney at Law

14 W. Madison Street
Baltimore, Maryland 21201-5291
 Office (410) 837-2144
 Residence (410) 484-4010

FAX (410) 246-1882
 (410) 246-1884

www.wgk-law.com

Robert Jay Kessler, P. C.,
 Of Counsel
 Office (410) 385-1388
 kesslerlaw@erols.com

ASSOCIATES:
 Steven A. Wilder
 Mark E. Herman*
 Jill A. Kolodner*
 Jeffrey B. Schultz
 Jennifer K Weinel

LEGAL ASSISTANTS:
 Auto-Personal Injury -
 Justine Maynard
 WCC Department -
 Sue A. Leisher
 Bankruptcy -
 Sheila A. White
 Tracey Davis

* ALSO LICENSED IN D.C.

Tax I.D. 52-1104562

February 8, 2001





The Honorable Benson E. Legg
United States District Court for
 the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
3rd Floor, Room 340
Baltimore, Maryland  21201

      **RE:**    **Channel Coleman vs. State of Maryland - Department of Public Safety and Correctional Service, et al.**
             **Case No.: L-00-CV-360**

Dear Judge Legg:

    Plaintiff is not requesting early settlement or ADR Conferencing. Plaintiff consents to proceeding before a United States Magistrate Judge but does not waive Plaintiff's right to a jury trial.

    Regarding deposition hours, Plaintiff would like to depose the following individuals with the following expectation of time to complete it: Captain Carter - 3 hours, Mr. Thomas Passaro - 2 hours, Sargent Doggett - 2 hours, Lieutenant Dowe - 2 hours, Lieutenant Ringley - 2 hours, Sargent Hall - 2 hours, Captain Terry - 2 hours, Ernell Thornton - 2 hours, Captain Corcoran - 2 hours or a total of nineteen (19) hours.

                                       Sincerely yours,

      *Approved*
      *Benson Legg*
      *USDJ*
MEH/ndp 2/23/00                                  Mark E. Herman

cc:  Michael O. Doyle, Esquire

