UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

April 9, 2001

MEMORANDUM TO COUNSEL RE:   Channel Coleman v.
State of Maryland, et al.
Civil #L-00-360

Dear Counsel:

I am in receipt of Mr. Doyle's letter of April 5, 2001, in which he complains that plaintiff has failed to comply with my Order of January 29, 2001.

On or before April 15, 2001, plaintiff shall show cause in writing why the case should not be dismissed.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file