UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 27, 2001

MEMORANDUM TO COUNSEL RE:   Channel Coleman v. State of Maryland, et al.
Civil No. L-00-360

Dear Counsel:

On June 12, 2001, Plaintiff sent a letter to this Court requesting additional documents and depositions. This request came one day before the close of the discovery period, June 13, 2001.

This case was filed on February 7, 2000. Discovery, at Plaintiff's request, has already been extended twice. On January 29, 2001, I issued a new scheduling order but clearly informed counsel that this would be the last extension. The additional discovery period was more than ample to accomplish the discovery remaining in the case. Moreover, the time limits in the January 29 order created clear obligations to start discovery early so it could be finished before the June 13, 2001 deadline.

I have reviewed the letters submitted by the parties. The Plaintiff has shown no good reason why discovery could not have been accomplished during the discovery period. The Defendants have been cooperative in scheduling depositions, of which there were thirteen. Finally, the Plaintiff's lawyers have stated insufficient reasons why this additional discovery is necessary. Accordingly, I will DENY Plaintiff's motion and remind counsel that dispositive motions are due July 13, 2001.

Despite the informal nature of this Memorandum, it shall be constituted as an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court file