IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHANNEL COLEMAN                            *

    Plaintiff                              *       CIVIL NO. L-00-CV-360

    -vs-                                   *

STATE OF MARYLAND, Department              *
of Public Safety and Correctional
Services, et al.,                          *

    Defendants                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

UPON consideration of the Plaintiff's Motion for Extension of Time filed herein, and any opposition thereto, it is this 31st day of July, 2001, by the United States District Court for the District of Maryland;

    **ORDERED** that the Plaintiff's Motion for Extension of Time is hereby **GRANTED**.

_____
JUDGE