IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 16  A 9: 55

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| CHANNEL COLEMAN | * | |
| Plaintiff | * | |
| v. | * | Civil No. L-00-CV-360 |
| STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is this _15_ day of _August_, 2001, by the United States District Court for the District of Maryland, hereby **ORDERED**:

(1) that Defendants' Motion for Extension of Time is **GRANTED**; and

(2) that the period of time within which Defendants are required to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment and their response to Plaintiff's Motion for Reinstatement of Count II of Her Amended Complaint is hereby **EXTENDED** to and including August 17, 2001.

_____
BENSON E. LEGG
United States District Judge