*Rec'd 2-26-02*

OFFICES OF

| | | |
|---|---|---|
| **J. JOSEPH CURRAN, JR.**<br>ATTORNEY GENERAL<br><br>CARMEN M. SHEPARD<br>DEPUTY ATTORNEY GENERAL<br><br>DONNA HILL STATON<br>DEPUTY ATTORNEY GENERAL | <br><br>**THE ATTORNEY GENERAL**<br>DEPARTMENT OF PUBLIC SAFETY<br>AND CORRECTIONAL SERVICES<br>PLAZA OFFICE CENTER<br>SUIT 313, 6776 REISTERSTOWN ROAD<br>BALTIMORE, MARYLAND 21215-2341<br>(410) 585-3070 V/TTY FOR DEAF 1-800-735-2258<br>FAX (410) 764-5366 | STUART M. NATHAN<br>ASSISTANT ATTORNEY GENERAL<br>PRINCIPAL COUNSEL<br><br>ALAN D. EASON<br>ASSISTANT ATTORNEY GENERAL<br>DEPUTY COUNSEL<br><br>SUSAN HOWE BARON<br>MICHAEL O. DOYLE<br>STEVEN G. HILDENBRAND<br>HOLLY KNEPPER<br>GLENN T. MARROW<br>MICHELE J. MCDONALD<br>SCOTT S. OAKLEY<br>KARL A. POTHIER<br>ASSISTANT ATTORNEYS GENERAL<br><br>JUDITH A. BARR<br>STAFF ATTORNEY |

February 22, 2002

The Honorable Benson E. Legg
United States District Court for the
    District of Maryland
United States Court House
101 West Lombard Street
Baltimore, Maryland 21201

>   Re:    *Channel Coleman v. State of Maryland, et al.*
>          Civil Action No. L-00-CV-360

Dear Judge Legg:

Pursuant to the Court's February 13, 2002 Memorandum to Counsel, Defendant's response to Plaintiff's Memorandum regarding the issues enumerated in the Court's Memorandum is due to be filed by February 25, 2002. Counsel for Defendants, however, respectfully request that the Court extend the period of time within which Defendants are required to submit their response to on or before February 27, 2002. Plaintiff's counsel, Mr. Herman, indicated earlier today over the telephone that he does not oppose the instant request.

Thank you for the Court's attention to this matter.

>                               Sincerely yours,
>
>                               *[signature]*
>
>                               Karl A. Pothier
>                               Assistant Attorney General

cc:    Mark E. Herman, Esquire

APPROVED THIS  26TH  DAY OF  February, 2002

*[signature]*
BENSON EVERETT LEGG, U.S.D.J.