IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHANNEL COLEMAN | * | |
| Plaintiff | * | |
| v. | * | Civil No. L-00-CV-360 |
| STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is this 26TH day of June, 2002, by the United States District Court for the District of Maryland, hereby **ORDERED**:

(i) that Defendants' Unopposed Motion for Extension of Time is **GRANTED**; and

(ii) that the period of time within which Defendants are required to file their reply to Plaintiff's Opposition to Defendants' Motion to Dismiss and Motion for Summary Judgment is **EXTENDED** by one week, or to and including June 28, 2002.

BENSON E. LEGG
United States District Judge