UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -8  A 9 45

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 2, 2002

MEMORANDUM TO COUNSEL RE:   Channel Coleman v.
   State of Maryland, et al.
   Civil #L-00-360

Dear Counsel:

   Because of a scheduling conflict, the motions hearing set in for Friday, July 19, 2002, at 2 p.m. has been moved to Wednesday, July 17, 2002, at 2 p.m.

   Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ Blegg
Benson Everett Legg

c:   Court file