UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 10 P 3: 54

CLERK'S OFFICE
AT BALTIMORE

———————— DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 9, 2002

MEMORANDUM TO COUNSEL RE:    Channel Coleman v.
State of Maryland, etc., et al.
Civil #L-00-360

Dear Counsel:

Since the United States District Court was closed on December 5, 2002, because of the inclement weather, the motions hearing in this case has been rescheduled to December 16, 2002 at 10 a.m. in Courtroom 3D.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file