FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 JAN 29  P 2: 06

CHANNEL COLEMAN          :

v.                       :   Civil No. L-00-360
                         :   DEPUTY

STATE OF MARYLAND        :
DEPARTMENT OF PUBLIC     :
SAFETY AND CORRECTIONAL  :
SERVICES, et al.         :

## ORDER

Now before the Court are Plaintiff's Motion to file a Fourth Amended Complaint and Defendant's Motion for Summary Judgment. For the reasons stated in the Memorandum of even date, the Court hereby:

(i)  GRANTS in part and DENIES in part Plaintiff's Motion to file a Fourth Amended Complaint, as follows:

   (a)  DENIES Plaintiff's motion to amend her complaint to include a § 1983 claim against the State of Maryland Department of Public Safety and Correctional Services ("DPSCS");

   (b)  GRANTS Plaintiff's motion to amend her complaint to include a § 1983 claim against Kevin Carter for sexual harassment; and

   (c)  DENIES Plaintiff's motion to amend her complaint to include a § 1983 claim against Kevin Carter for violations of her First Amendment rights; and

(ii) DENIES Defendant's Motion for Summary Judgment.

It is so ORDERED this 28TH day of January, 2003.

_____
Benson Everett Legg
United States District Judge